UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YOR LAZARO FERNANDEZ
ALVAREZ,

        Petitioner,

   v.                                                                              Case No.: 2:26-cv-00313-SPC-DNF

KRISTI NOEM *et al.*,

        Respondents,
_____/

## OPINION AND ORDER

Before the Court is Yor Lazaro Fernandez Alvarez's Emergency Combined Motion to Enforce Habeas Judgment, for Civil Contempt, for Immediate Release, and to Shorten Time (Doc. 10) and the government's response (Doc. 12).

Fernandez Alvarez is a noncitizen in immigration detention, and he sought habeas relief from this Court. He claimed the government unlawfully detained him under 8 U.S.C. § 1225(b)(2), which mandates detention, rather than § 1226(a), which authorizes discretionary detention and entitles detainees to a bond hearing. The Court agreed and ordered the respondents to either bring Fernandez Alvarez before an immigration judge for a bond hearing within 10 days or release Fernandez Alvarez from custody.

An immigration court convened for a bond hearing on February 27, 2026, but the immigration judge found he lacked jurisdiction to release Fernandez Alvarez on bond because he is detained under § 1225(b)(2).  Fernandez Alvarez did not get the bond hearing he is entitled to under § 1226(a).  The Court's prior Opinion and Order thus requires the respondents to release him from custody.  Accordingly, Fernandez Alvarez's post-judgment motion (Doc. 10) is **GRANTED**.  The respondents shall release Fernandez Alvarez from custody within 12 hours of this Opinion and Order, and they shall facilitate his transportation from the detention facility by notifying his counsel when and where he may be collected.

**DONE AND ORDERED** in Fort Myers, Florida on March 4, 2026.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1